# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT COURT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| STEPHANIE JOHNSON,       )<br>         Plaintiff/Appellant,   )<br>                                  )<br>v.                               )<br>                                  )<br>BANK OF AMERICA, N.A.,    )<br>THE BANK OF NEW YORK MELLON, )<br>F/KA THE BANK OF NEW YORK; )<br>CWABS, INC.; MORTGAGE    )<br>ELECTRONIC REGISTRATION  )<br>SYSTEMS INC.; MCCALLA RAYMER,; )<br>LLC WARRANTY TITLE INSURANCE )<br>COMPANY, INC.,            )<br>         Defendants.       | CIVIL ACTION FILE<br>NO.: 4:13-CV-00248-HLM<br><br>- **NOTICE OF APPEAL**- |

## PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Notice is hereby given that **STEPHANIE JOHNSON**, Plaintiff/Appellant above-named, hereby appeals to the **UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT** the **FINAL ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** entered in the above styled action by the United States District Court of the Northern District of Georgia, Rome Division on December 9, 2013 and **PLAINTIFF'S MOTION FOR**

1.

RECONSIDERATION filed on December 31, 2013 and being **DENIED** on January 2, 2014.

Respectfully submitted this 31st day of January, 2014.

PRESLEY LAW FIRM

_____

Buddy B. Presley, Jr.
(Georgia Bar No. 587090)
1384 Gunbarrel Road, STE B
Chattanooga, Tennessee 37421
423.826.1800
bpresley@presleylawfirm.com
*Attorneys for Appellant*
