# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
600 E. FIRST STREET
ROME, GA  30161

**JAMES N. HATTEN**
DCE/CLERK OF COURT

706-378-4060

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

**U.S.D.C. No. 4:13cv248-HLM**
**U. S.C.A. No.**
**In re:  Stephanie Johnson Vs Bank of America, N.A., et al**

Enclosed are documents regarding an appeal in this matter.

| | |
|---|---|
| x | Certified copies of the notice of appeal, docket sheet, judgment and/or order appealed enclosed. |
|   | This is not the first notice of appeal.  Other notices were filed on: . |
|   | There is a transcript(s)  but Financial Arrangements . |
|   | The court reporter is . |
|   | There is sealed material as described below: . |
|   | Other: |
| x | Fee paid on 1/31/14 |
|   | Appellant has been denied  leave to file *in forma pauperis*. |
|   | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
|   | The Magistrate Judge is . |
| x | The District Judge is Harold L Murphy |
|   | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten,
DCE/Clerk of Court
By:   s/Brenda Hambert
Deputy Clerk

Enclosures